

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00073-CV

**CONSTRUCTION LAREDO INC**. dba Construction Laredo,
Appellant

v.

**SPECIALTY DISTRIBUTION GROUP, LLC** aka Service Partners, LLC,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2025-CVI-000677-D1
Honorable Jose  A. Lopez, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            H. Todd McCray, Justice
            Velia J. Meza, Justice

Delivered and Filed: June 24, 2026

DISMISSED

On May 18, 2026, appellant filed an unopposed motion to dismiss this appeal. We GRANT the motion and DISMISS the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are assessed against appellant. *See id*., 42.1(d).

PER CURIAM